IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 3 1996
DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | NO. 6:96CR 59 |
| JOSEPH JAMES FALCETTA, JR.<br>DAVID CARL AKINS<br>TAURUS KARTIK<br>ROBERT ALLEN MELANSON | * | |

INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

COUNT 1

>Violation: 18 U.S.C. §§ 2119 and 2 (Armed Robbery of a Motor Vehicle and Aiding and Abetting)
>
>Penalty: 18 U.S.C. § 2119(2) A fine of not more than $250,000 or imprisonment for not more than twenty-five (25) years, or both, a period of supervised release of not more than five (5) years.
>
>Special Assessment of $100.00.

On or about November 7, 1996, in Smith County, Texas in the Eastern District of Texas, JOSEPH JAMES FALCETTA, JR., DAVID CARL AKINS, TAURUS KARTIK, and ROBERT ALLEN MELANSON, Defendants herein, aided and abetted by one another and Stephen Randall Henry, an unindicted co-conspirator did then and there with the intent to cause death and serious bodily harm, unlawfully take a motor

1

vehicle, namely: a 1994 Van Hool bus, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of Michael B. Gibbs by force, violence and intimidation, said conduct resulting in serious bodily injury to Michael B. Gibbs, in violation of Title 18, United States Code, Sections 2119 and 2.

THE UNITED STATES GRAND JURY FURTHER CHARGES:

## COUNT 2

Violation: 18 U.S.C. §§ 924(c)(1) and 2.
(Possession of a Firearm During A Crime of Violence and Aiding and Abetting)

Penalty: 18 U.S.C. § 924(c)(1) A mandatory five (5) year imprisonment; a fine of not more than $250,000, or both, a term of supervised release of not more than three (3) years. This sentence shall be in addition to the punishment provided for by Count 1 of the Indictment.

Special Assessment: $100.00.

On or about November 7, 1996, in Smith County, Texas in the Eastern District of Texas, JOSEPH JAMES FALCETTA, JR., DAVID CARL AKINS, TAURUS KARTIK, and ROBERT ALLEN MELANSON, Defendants herein, aided and abetted by one another and Stephen Randall Henry, an unindicted co-conspirator, did then and there knowingly use and carry a firearm, to wit: a .38 Special Herbert-Schmidt Sierra revolver bearing serial number 12531, during and in relation to the commission of a crime of violence, namely: robbery of a motor vehicle, in violation of Title 18, United States Code, Section 2119 as alleged in Count 1 of this Indictment, and for which the Defendants may be prosecuted in a court of the United States in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

THE UNITED STATES GRAND JURY FURTHER CHARGES:

## COUNT 3

        Violation: 18 U.S.C. §§ 924(c)(1) and 2.
(Possession of a Short-Barreled Shotgun During a Crime of Violence and Aiding and Abetting.)

        Penalty: 18 U.S.C. § 924(c)(1) A mandatory ten (10) year imprisonment; a fine of not more than $250,000, or both, a term of supervised release of not more than three (3) years. This sentence shall be in addition to the punishment provided for by Count 1 of the Indictment.

        Special Assessment: $100.00.

On or about November 7, 1996, in Smith County, Texas in the Eastern District of Texas, JOSEPH JAMES FALCETTA, JR., DAVID CARL AKINS, TAURUS KARTIK, and ROBERT ALLEN MELANSON, Defendants herein, aided and abetted by one another and Stephen Randall Henry, an unindicted co-conspirator, did then and there knowingly use and carry a short-barreled shotgun more specifically described as a 12 gauge Western Field Model M550A pump action shotgun bearing serial number 285423 with a barrel length of less than 18 inches, during and in relation to the commission of a crime of violence, namely: robbery of a motor vehicle, in violation of Title 18, United States Code, Section 2119 as alleged in Count 1 of this Indictment, and for which the Defendants may be prosecuted in a court of the United States in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT 4

        Violation: 18 U.S.C. §§ 924(c)(1) and 2.
(Possession of a Short-Barreled Shotgun During a Crime of Violence and Aiding and Abetting.)

        Penalty: 18 U.S.C. § 924(c)(1) A mandatory ten (10) year imprisonment; a fine of not more than $250,000, or both, a term of supervised release of not more than three (3) years. This sentence shall be in addition to the punishment provided for by Count 1 of the Indictment.

        Special Assessment: $100.00.

On or about November 7, 1996, in Smith County, Texas in the Eastern District of Texas, JOSEPH JAMES FALCETTA, JR., DAVID CARL AKINS, TAURUS KARTIK, and ROBERT ALLEN MELANSON, Defendants herein, aided and abetted by one another and Stephen Randall Henry, an unindicted co-conspirator, did then and there knowingly use and carry a short-barreled shotgun more specifically described as a 12 gauge Mossberg Model 500A pump action shotgun bearing serial number J507689 with a barrel length of less than 18 inches, during and in relation to the commission of a crime of violence, namely: robbery of a motor vehicle, in violation of Title 18, United States Code, Section 2119 as alleged in Count 1 of this Indictment, and for which the Defendants may be prosecuted in a court of the United States in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

A TRUE BILL

_____
FOREMAN OF THE GRAND JURY

12-3-96
Date


MIKE BRADFORD
UNITED STATES ATTORNEY

_____
JIM MIDDLETON
ASSISTANT U.S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas  75702
903-597-8146
Bar Card No. 14022010