# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH FALCETTA (1) | § | |
| | § | |
| v. | § | 6:96-cr-59 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

Currently before the Court is Joseph Falcetta, Jr.'s Petition for Writ of Mandamus (Doc. No. 245). Having considered the petition, the Court finds that the petition should be **DENIED** as **MOOT** in view of the Court's orders on Falcetta's Motion for Contempt, Motion for Summary Judgment, and Motion for Recusal (Doc. Nos. 246, 247).

**It is SO ORDERED.**

**SIGNED this 14th day of April, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE